Thomas N. FitzGibbon (SBN: 169194)
TNF@ptflaw.com
**PFEIFFER THIGPEN FITZGIBBON & ZIONTZ, LLP**
233 Wilshire Boulevard, Ste. 220
Santa Monica, CA 90401
Telephone: (310) 451-5800
Facsimile: (310) 496-3175

Attorneys for Defendant
*American General Life Insurance Company*

FILED
CLERK, U.S. DISTRICT COURT
MAR - 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRISCILLA Y. ZINSZER, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. CV 10-5876-SVW-RZx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>Ctrm: 6 |

This Order Dismissing Entire Action With Prejudice Pursuant To Stipulation (the "**Order**") is made with reference to the following findings of fact:

A. American General filed the Complaint for Declaratory Relief and Rescission (the "**Complaint**") commencing this litigation (the "**Action**") on August 6, 2010 and Zinszer filed her Counterclaim on August 26, 2010 and her First Amended Counterclaim on December 14, 2010 (the Counterclaim and the First Amended Counterclaim are referred to collectively as the "**Counterclaim**"). The Counterclaim also alleged claims against Counterdefendant Lirio Vega ("**Vega**").

B. The Parties agreed to a settlement in January (the "**Settlement**") and a Notice of Settlement was filed with the Court on January 21, 2011.

C. The Parties have executed a written Stipulation (the "**Stipulation**") to dismiss the Action in its entirety with prejudice, including but not limited to the Complaint and the Counterclaim, including as against Vega.

D. The payments called for in the Settlement Agreement are being processed but have not yet been made, so the Parties have requested that the Court retain jurisdiction over this action to enforce the written Settlement Agreement.

Pursuant to the Stipulation and because good cause appears therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Complaint and Counterclaim are dismissed with prejudice.
2. This Action is concluded in its entirety.
3. The Court shall retain jurisdiction over this Action and the Parties solely for the purpose of enforcing the Settlement and the Settlement Agreement, if necessary.
4. The only payments required by any Party are set forth in the Settlement Agreement, and no Party is entitled to any attorneys' fees or costs as a result of the entry of this Dismissal.

DATED: 3/1/11

Hon. Stephen V. Wilson
Judge of the District Court

**Approved as to Form:**

/s/
Robert K. Scott
Counsel for Defendant and Counterclaimant Zinszer